# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,                    Civil No. 09-383 (RHK/RLE)

vs.                                      **ORDER**

Daryl L. Bushee,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  Ferbruary 20, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge